UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE**,

    Plaintiff,

v.                                CASE NO.  4:06-cv-288 SPM/WCS

**PATRICIA V. JOHNSON, CARL
JASON VINSON a/k/a JASON VINSON
and DANA VINSON LARSON**,

    Defendants.

_____/

### ORDER ON MOTION TO DISBURSE ACCRUED INTEREST
### HELD IN COURT REGISTRY

This cause came before the Court on Patricia V. Johnson, Dana Vinson Larson and Carl Jason Vinson's Joint Motion to Disburse Accrued Interest on Insurance Proceeds Held in the Court Registry (doc. 65).  Having considered the written motion, the proposed disbursement, and being fully advised,

THE COURT FINDS AS FOLLOWS:

1.    The Court Registry will issue one check for 56.4188% of the interest in the registry of the court made payable to Patricia V. Johnson and The Nation Law Firm Trust Account.  This check shall be sent to Gregory D. Swartwood, Esquire, The Nation Law Firm, 570 Crown Oak Center Drive, Longwood, FL 32750.

      2.      The Court Registry will issue a second check made payable to Dana Vinson Larson and Ken W. Davis Trust Account for 43.5812% of the interest in the registry of the court.  This check shall be sent to Ken W. Davis, Esquire, Post Office Box 37190, Tallahassee, FL 32315.

      DONE AND ORDERED this 29th day of May, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge