UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE,

    Plaintiff,

v.                                    CASE NO. 4:06-cv-288 SPM/WCS

PATRICIA V. JOHNSON, CARL JASON
VINSON a/k/a JASON VINSON and
DANA VINSON LARSON,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice, with each party to bear its own costs and attorneys fees, pursuant to the Joint Stipulation for Dismissal with Prejudice (doc. 67) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 12th day of June, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge